UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY JAMES MROZEK,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK EATON, et al.,<br><br>Defendants. | Case No. 24-cv-03324-JSC<br><br>**ORDER OF TRANSFER** |

Plaintiff, a California prisoner proceeding without representation by an attorney, filed this civil rights action under 42 U.S.C. § 1983. Plaintiff is located at the California Training Facility in Soledad, California. He complains about the conditions of his confinement at the Sierra Conservation Center ("SCC") in Jamestown, California, where he was formerly housed. Three Defendants –- Patrick Eaton, Audrey Cox, and T. Isman –- are located at SSC. Plaintiff also names Ron Broomfield, the Director of the California Department of Corrections and Rehabilitation, as a Defendant; he is located in Sacramento, California.

When, as here, jurisdiction is not founded on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). When a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice." 28 U.S.C. § 1406(a).

Plaintiff's allegations arise out of events occurring at SCC, and the allegedly responsible officials are located there and at CDCR. SCC is located in Tuolumne County, and CDCR is

located in Sacramento County. Both counties lie within the venue of the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 84.

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk of the Court shall transfer this matter forthwith. In light of this transfer, the Court defers to the Eastern District for ruling on the motion for leave to proceed in forma pauperis and the motion for a temporary restraining order.

**IT IS SO ORDERED.**

Dated: June 6, 2024

JACQUELINE SCOTT CORLEY
United States District Judge