UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY JAMES MROZEK,<br><br>          Plaintiff,<br><br>     v.<br><br>PATRICK EATON, et al.,<br><br>          Defendants. | No. 1:24-cv-00664-KES-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 17) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On July 29, 2024, the Court screened Plaintiff complaint, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint.  (ECF No. 17.)  Plaintiff has failed to comply with the Court's order and the time to do so has passed.  Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to state a cognizable claim, prosecute, and failure to comply with a court order.  Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for the reasons stated above.

IT IS SO ORDERED.

Dated:   **September 9, 2024**                                    _____
                                                                                              UNITED STATES MAGISTRATE JUDGE

1