UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY JAMES MROZEK,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK EATON, et al.,<br><br>Defendants. | No. 1:24-cv-00664-KES-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 18) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On July 29, 2024, the Court screened Plaintiff's complaint, found no cognizable claim, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 17.) Plaintiff has not filed an amended complaint or otherwise responded to the Court's order. Accordingly, on September 9, 2024, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute, failure to comply with a court order, and failure to state a cognizable claim for relief. (ECF No. 19.)

On September 27, 2024, Plaintiff filed a first amended complaint. (ECF No. 19.) Inasmuch as Plaintiff has now filed an amended complaint and explained that the delay in filing was due to obtaining assistance with drafting the amended complaint, the Court will discharge the

order to show cause.  Accordingly, it is HEREBY ORDERED that the order to show cause issued on September 9, 2024, is DISCHARGED.  Plaintiff is advised that the Court will screen the first amended complaint in due course.

IT IS SO ORDERED.

Dated:   **October 1, 2024**

UNITED STATES MAGISTRATE JUDGE

2