1

2

3

4                          UNITED STATES DISTRICT COURT

5                          EASTERN DISTRICT OF CALIFORNIA

6

7    BRADLEY JAMES MROZEK,                    No.  1:24-cv-00664-KES-SAB (PC)

8                     Plaintiff,              ORDER TO SHOW CAUSE WHY ACTION
                                              SHOULD NOT BE DISMISSED
9         v.
                                              (ECF No. 21)
10   PATRICK EATON, et al.,

11                    Defendants.

12

13          Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42

14   U.S.C. § 1983.

15          On October 7, 2024, the Court screened Plaintiff first amended complaint, found no

16   cognizable claims, and granted Plaintiff one final opportunity to amend the complaint.  (ECF No.

17   21.)  Plaintiff has failed to comply with the Court's order and the time to do so has passed.

18   Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days

19   from the date of service of this order why this action should not be dismissed for failure to state a

20   cognizable claim, failure to prosecute, and failure to comply with a court order.  Plaintiff's failure

21   to comply with this order will result in a recommendation to dismiss the action for the reasons

22   stated above.

23

24   IT IS SO ORDERED.

25   Dated:   **November 18, 2024**                _____

26                                                STANLEY A. BOONE
                                                 United States Magistrate Judge
27

28

                                                   1