UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY JAMES MROZEK,<br><br>        Plaintiff,<br><br>    v.<br><br>PATRICK EATON, et al.,<br><br>        Defendants. | No. 1:24-cv-00664-KES-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 22) |

      Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

      On October 7, 2024, the Court screened Plaintiff first amended complaint, found no cognizable claims, and granted Plaintiff one final opportunity to amend the complaint. (ECF No. 21.) Plaintiff failed file an amended complaint within the allotted time frame. Therefore, on November 18, 2024, the Court issued an order for Plaintiff to show cause why the action should not be dismissed. (ECF No. 22.) On December 6, 2024, Plaintiff filed a second amended complaint. (ECF No. 23.) Inasmuch as Plaintiff has now filed a second amended complaint, the Court will discharge the order to show cause. However, Plaintiff is advised that any future failure to comply timely to court orders may result in the imposition of sanctions, including dismissal of the action.

1

Accordingly, it is HEREBY ORDERED that:

1. The Court's November 18, 2024, order to show cause is DISCHARGED; and
2. The Court will screen Plaintiff's second amended complaint in due course.

IT IS SO ORDERED.

Dated:   **December 9, 2024**

STANLEY A. BOONE
United States Magistrate Judge

2