UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY JAMES MROZEK, | No. 1:24-cv-00664-KES-SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND/OR TEMPORARY RESTRAINING ORDER |
| v. | |
| PATRICK EATON, et al., | |
| Defendants. | Docs. 2, 15 |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 3, 2024, Plaintiff filed his initial complaint along with a motion requesting a preliminary injunction and/or temporary restraining order. Docs. 1, 2. On June 17, 2024, the assigned magistrate judge issued findings and recommendations to deny plaintiff's motion. Doc. 15. Plaintiff did not file any objections, and the deadline to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS ORDERED:

1. The findings and recommendations issued on June 17, 2024, Doc. 15, are adopted in full; and,

2. Plaintiff's motion for a preliminary injunction and/or temporary restraining order, Doc. 2, is DENIED.

IT IS SO ORDERED.

Dated:   January 28, 2025

_____
UNITED STATES DISTRICT JUDGE