UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY JAMES MROZEK, | No. 1:24-cv-00664-KES-SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| PATRICK EATON, et al., | Doc. 25 |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 8, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action proceed only on plaintiff's First Amendment retaliation claim against defendant T. Isman and that all other claims and defendants be dismissed from the action. Doc. 25. The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. *Id.* at 8. Plaintiff did not file objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and

recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued January 8, 2025, Doc. 25, are ADOPTED IN FULL;
2. This action shall PROCEED only as to plaintiff's First Amendment retaliation claim against defendant T. Isman;
3. All other claims and defendants are dismissed from the action; and
4. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: March 24, 2025

_____
UNITED STATES DISTRICT JUDGE