UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY JAMES MROZEK,<br><br>   Plaintiff,<br><br>   v.<br><br>PATRICK EATON, et al.,<br><br>   Defendants. | No. 1:24-cv-00664-KES-SAB (PC)<br><br>ORDER DISCHARING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE BRADLEY JAMES MROZEK, CDCR #AS-8352 |

A settlement conference in this matter commenced on September 9, 2025. Inmate Bradley James Mrozek, CDCR #AS-8352 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **September 9, 2025**                     /s/ Barbara A. McAuliffe
                                                                  UNITED STATES MAGISTRATE JUDGE

1