UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY JAMES MROZEK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PATRICK EATON, et al.,<br><br>　　　　　Defendants. | No. 1:24-cv-00664-KES-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO CLARIFY THE RECORD<br><br>(ECF No. 46) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On December 8, 2025, Plaintiff filed a motion to clarify the record. (ECF No. 46.) Therein, Plaintiff submits that he received a notice from the Clerk's office reflecting that his case was closed on January 22, 2025. (Id.)

On September 10, 2025, the Court issued the discovery and scheduling order. (ECF No. 41.) Then, on December 5, 2025, the Court issued Findings and Recommendations recommending that Plaintiff's motion to amend the complaint be granted. (ECF No. 45.) Accordingly, Plaintiff's motion for clarification and to correct the record is denied as unnecessary.

IT IS SO ORDERED.

Dated:   **December 10, 2025**

　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　United States Magistrate Judge

1