UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY JAMES MROZEK, | No. 1:24-cv-00664-KES-SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | Doc. 45 |
| T. ISMAN, | |
| Defendant. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 13, 2025, plaintiff filed a motion to amend the complaint and lodged his proposed third amended complaint. Docs. 42, 43. On November 26, 2025, defendant filed a notice of non-opposition. Doc. 44.

On December 5, 2025, the assigned magistrate judge issued findings and recommendations recommending plaintiff's motion to amend the complaint be granted. Doc. 45. The magistrate judge also recommended that plaintiff's official capacity claim and request for injunctive relief against Sierra Conservative Center ("SCC") be dismissed from the third amended complaint. On December 15, 2025, plaintiff filed a notice of non-objection to the findings and

1

recommendations.  Doc. 48.  In the notice, plaintiff withdraws his request for injunctive relief and indicates he will proceed with defendant(s) in their individual capacity.  *Id.* at 1.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1.     The findings and recommendations issued on December 5, 2025, Doc. 45, are adopted in full;

2.     Plaintiff's motion for leave to file a third amended complaint, Doc. 42, is granted;

3.     The Clerk of the Court shall file the third amended complaint, Doc. 43, lodged on November 3, 2025; and

4.     Plaintiff's official capacity claim and request for injunctive relief against SCC are dismissed from the third amended complaint.

IT IS SO ORDERED.

Dated:     January 12, 2026

_____
UNITED STATES DISTRICT JUDGE

2