UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY JAMES MROZEK, | No.  1:24-cv-00664-KES-SAB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO EXTEND THE TIME TO FILE A RESPONSE TO FOURTH AMENDED COMPLAINT |
| v. | |
| T. ISMAN, et. al., | |
| Defendants. | (ECF No. 66) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant Isaman's motion to extend the time to file a response to the fourth amended complaint, filed June 2, 2026.  (ECF No. 66.)

Good cause having been presented, it is HEREBY ORDERED that Defendant Isaman's responsive pleading to the fourth amended complaint is due no later than **July 27, 2026**.

IT IS SO ORDERED.

Dated:   **June 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1