UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRADLEY JAMES MROZEK,

Plaintiff,

v.

T. ISMAN, et al.,

Defendants.

No. 1:24-cv-00664-KES-SAB (PC)

ORDER GRANTING DEFENDANTS' REQUEST TO STAY THE CASE PENDING THE SCHEDULED SETTLEMENT CONFERENCE

(ECF No. 74)

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's motion to stay the case pending the settlement conference, filed August 17, 2026. (ECF No. 74.)

This case is currently set for a settlement conference on November 16, 2026, at California State Prison-Corcoran. On the basis of good cause, Defendants' motion is GRANTED, and discovery related the merits of this case is STAYED. If the case does not settle at the November 16, 2026, settlement conference, the Court will issue a further order setting new discovery deadlines.

IT IS SO ORDERED.

Dated: **August 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge