# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRADLEY JAMES MROZEK,

Plaintiff,

v.

T. ISMAN, et al.,

Defendants.

Case No. 1:24-cv-00664-SAB (PC)

ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE BRADLEY JAMES MROZEK, CDCR #AS-8352

(ECF No. 77)

A settlement conference in this matter was held on November 16, 2026. Inmate Bradley James Mrozek, CDCR #AS-8352, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED

Dated: **November 16, 2026**

UNITED STATES MAGISTRATE JUDGE